IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL IDEEN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO 06-81E |
| FEDERAL AGENT MARK DIVITTIS, et al, | ) |
| Defendants. | ) |

**ORDER**

A Rule to Show Cause was issued upon the Plaintiff to show cause why this action should not be dismissed because his failure to comply with this court's order dated April 16, 2006, which directed him to "INCLUDE $350.00 FOR FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE PRISON BY May 11, 2006". The rule was returnable on or before May 30, 2006.

Having failed to show good cause, or provide the court with the requested documents, IT IS HEREBY ORDERED that this case is dismissed for failure to prosecute.

DATE: 6/7/2006

Donetta W. Ambrose
U.S. District Court Judge

cc:
ABDUL IDEEN CW-6127
PO Box 256
Waymart, PA 18472-0256