# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL IDEEN, | )<br>) |
| Plaintiff, | ) Civil Action No. 06-81J<br>) |
| v. | ) Chief Judge Ambrose<br>) |
| SPECIAL AGENT MARC DVITTIS, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

Abdul Ideen ("Ideen" or "the Petitioner"), a state prisoner, has filed a "Motion for Expungement" (Doc. 35) and a petition to proceed in forma pauperis (Doc. 36). This case was dismissed on June 12, 2006 due to Ideen's failure to prosecute it. There is no pending case, and these motions are untimely.

AND NOW, this 4th day of February, 2008,

IT IS HEREBY ORDERED that the Motion for Expungement (Doc. 35) and Motion to Proceed In Forma Pauperis (Doc, 36) are DENIED.

s/Donetta Ambrose
Donetta Ambrose
Chief U.S. District Court Judge

cc:
ABDUL IDEEN CW-6127
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698